FILED
UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO

AUG 23 2022

MITCHELL R. ELFERS
CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) CRIMINAL NO. **22-1397 JCH** |
| vs. | ) Counts 1 and 2: 18 U.S.C. §§ 922(g)(1) and 924: Felon in Possession of a Firearm and Ammunition. |
| **ALLEN GONZALES**, | ) |
| Defendant. | ) |

# INDICTMENT

The Grand Jury charges:

## Count 1

On or about July 20, 2022, in San Juan County, in the District of New Mexico, the defendant, **ALLEN GONZALES**, knowing that he had been convicted of at least one crime punishable by imprisonment for a term exceeding one year, specifically:

(1)  attempted voluntary manslaughter,

(2)  making or passing a fictitious check,

(3)  corporal injury to spouse, and

(4)  possession of an illegal substance in a prison facility,

knowingly possessed a firearm and ammunition in and affecting commerce.

In violation of 18 U.S.C. §§ 922(g)(1) and 924.

## Count 2

On or about July 21, 2022, in San Juan County, in the District of New Mexico, the defendant, **ALLEN GONZALES**, knowing that he had been convicted of at least one crime punishable by imprisonment for a term exceeding one year, specifically:

(1) attempted voluntary manslaughter,

(2) making or passing a fictitious check,

(3) corporal injury to spouse, and

(4) possession of an illegal substance in a prison facility,

knowingly possessed a firearm and ammunition in and affecting commerce.

In violation of 18 U.S.C. §§ 922(g)(1) and 924.

FORFEITURE ALLEGATION

Upon conviction of any offense in violation of 18 U.S.C. § 922(g), the defendant, **ALLEN GONZALES**, shall forfeit to the United States, pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c), any firearms and ammunition involved in the commission of the offense(s), including, but not limited to:

a. a Ruger Precision model .300 caliber rifle, bearing serial number 1804-24216,

b. a purple AR-15 style rifle without any markings or serial numbers,

c. a black AR-15 style rifle without any markings or serial numbers,

d. a Ruger 01103 model .22 caliber rifle, bearing serial number 0011-01431,

e. a GForce Arms MKX3 model shotgun, bearing serial number 21-15964,

f. a black rifle from an unknown manufacturer without a serial number,

g. a Smith and Wesson M&P 15-22 model .22 caliber rifle, bearing serial number DEU8476,

h. a Pioneer Arms Corp. Hellpup model .762 caliber pistol bearing serial number 1145755-21,

i. a Savage Model 24 model shotgun bearing serial number F673754,

j. a Mossberg 590 model shotgun, bearing serial number 0619950,

k. a Century Arms 7.62 X 37 caliber rifle, bearing serial number SV7079270,

l. a Garaysar Fear 118 model shotgun, bearing serial number 21A12GRS-2960,

m. a Ruger 10/22 model .22 caliber rifle, bearing serial number 239-03966,

n. a Heritage Rough Rider model .22 caliber revolver, bearing serial number W10994,

o. a Colt Defender model .45 caliber pistol, bearing serial number DR69051,

p. an 80 Percent Arms Inc. 9mm caliber pistol without a serial number,

q. a Bearman BBG38 model pistol, bearing serial number BT053036,

r. a Bearman GL22M model .22 caliber pistol, bearing serial number 135707,

s. a Taurus G2 model 9mm caliber pistol, bearing serial number TIP98911,

t. a Glock 19 model 9mm caliber pistol, bearing serial number BBRL240,

u. a Glock 44 model .22 caliber pistol, bearing serial number ADUU267,

v. a Sig Sauer P238 model .380 caliber pistol, bearing serial number 27B135877,

w. a Ruger LCR model .22 caliber pistol, bearing serial number 1541-55411,

x. a Rhino 60DS model .357 caliber pistol, bearing serial number CFIT21D00453,

y. a Charter Arms Lavender Lady model .38 Special caliber pistol, bearing serial number 21L03212,

z. a North American Arms Companion model .22 caliber revolver, bearing serial number K4335,

aa. a Glock 20 Gen4 model 10mm caliber pistol bearing serial number BHUM255, and

bb. over four thousand rounds of ammunition of varying calibers seized by law enforcement on July 22, 2022.

A TRUE BILL:

/S/
FOREPERSON OF THE GRAND JURY

[signature]
Assistant United States Attorney

8/22/2022 2:58 PM

A TRUE BILL:

_____/S/_____
FOREPERSON OF THE GRAND JURY

[signature]
Assistant United States Attorney

8/22/2022 2:58 PM